IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CARPENTERS FRINGE BENEFIT ) | |
| FUNDS OF ILLINOIS, *et al.*, ) | |
| ) | CIVIL ACTION |
| Plaintiffs, ) | |
| ) | NO. 10 C 6357 |
| vs. ) | |
| ) | JUDGE JOAN H. LEFKOW |
| CARSWELL'S FLOORING, INC., an ) | |
| Illinois corporation, a/k/a CARSWELL ) | |
| FLOORS, ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR ENTRY OF DEFAULT AND JUDGMENT

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against Defendant, CARSWELL'S FLOORING, INC., an Illinois corporation, a/k/a CARSWELL FLOORS, in the total amount of $18,969.59, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $2,838.75.

On October 11, 2010, the Summons and Complaint was served on the Registered Agent (by tendering a copy of said documents to the corporation's President, William A. Scheitlin) at his place of business (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on November 1, 2010. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment.

/s/   Jennifer L. Dunitz-Geiringer

# CERTIFICATE OF SERVICE

        The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participants on or before the hour of 5:00 p.m. this <u>8th</u> day of <u>March 2011</u>:

        Ms. Katherine A. Jablononowski, Registered Agent
        Carswell's Flooring, Inc.
        14N754 Lac Du Beatrice
        Dundee, IL   60118

        Mr. William A. Scheitlin
        Carswell's Flooring, Inc.
        225 E. Chicago Street
        Elgin, IL   60120-6558


        /s/   Jennifer L. Dunitz-Geiringer


Jennifer L. Dunitz-Geiringer
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6237001
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: jdunitz.geiringer@baumsigman.com

I:\CarpsJ\Carswell\motion.jdg.df.wpd